UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:

Petters Company, Inc., et al.,

    Debtors.

(includes:
Petters Group Worldwide, LLC;
PC Funding, LLC;
Thousand Lakes, LLC;
SPF Funding, LLC;
PL Ltd., Inc.;
Edge One LLC;
MGC Finance, Inc.;
PAC Funding, LLC;
Palm Beach Finance Holdings, Inc.)

_____

Jointly Administered under
Case No. 08-45257

Court File No. 08-45257

Court File Nos.:

08-45258 (GFK)
08-45326 (GFK)
08-45327 (GFK)
08-45328 (GFK)
08-45329 (GFK)
08-45330 (GFK)
08-45331 (GFK)
08-45371 (GFK)
08-45392 (GFK)

Chapter 11 Cases
Judge Gregory F. Kishel

**NOTICE OF APPEAL**

Ritchie Special Credit Investments, Ltd., Rhone Holdings II, Ltd., Yorkville Investment I, L.L.C., Ritchie Capital Structure Arbitrage Trading, Ltd., and Ritchie Capital Management, L.L.C.. (collectively "Ritchie") appeals under 28 U.S.C. §158(a) from the Order Overruling Objection of Ritchie Special Credit Investments, Ltd., et al., to Appointment of Trustee in Chapter 11 Cases, and Approving Appointment entered in this bankruptcy case on February 25, 2009 (the "Order"). Ritchie elects herein, and in a document filed separately, to have this appeal heard by the United States District Court.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Ritchie Special Credit Investments, Ltd., Rhone Holdings II, Ltd., Yorkville Investment I, L.L.C., Ritchie Capital Structure Arbitrage Trading, Ltd. and Ritchie Capital Management, Ltd.**

James M. Jorissen
Leonard, O'Brien, Spencer, Gale & Sayre, Ltd.
100 South Fifth Street
Suite 2500
Minneapolis, MN 55402
Phone: (612) 332-1030

Bryan Krakauer
Thomas K. Cauley, Jr.
Brian A. McAleenan
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Phone: (312) 853-7000

**The United States Trustee**

Michael E. Ridgeway
Robert B. Raschke
U.S. Trustee's Office
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: (612) 664-5500

**The Unsecured Creditors Committee**

David E. Runck
Fafinski, Mark & Johnson, P.A.
775 Prairie Center Drive
Suite 400
Eden Prairie, MN 55344
Phone: (952) 995-9500

**Trustee-appointee**

Douglas A. Kelley
Kelley & Wolter, P.A.
Centre Village Offices
Suite 2530
431 South Seventh Street
Minneapolis, MN 55415

**Douglas A. Kelley**

James A. Lodoen
George H. Singer
Lindquist & Vennum P.L.L.P
4200 IDS Center
80 South Eight Street
Minneapolis, MN 55402
Phone: 612-371-3234

**Trustee for the Bankruptcy Estates of Lancelot Investors Fund, L.P., et al.**

Ronald R. Peterson, Esq.
Jenner & Block, LLP
330 North Wabash Avenue
Chicago, IL 60611-7603
Phone: (312) 222-9350

**Prospective Unsecured Creditors' Committee in *In re Polaroid Corporation, et al.*, BKY 08-46617**

Dennis M. Ryan
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000

Richard A. Chesley
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive
30th Floor
Chicago, IL 60606
Phone: (312) 499-6050

                                      LEONARD, O'BRIEN
                                      SPENCER, GALE & SAYRE, LTD.

                                      /e/ James M. Jorissen
Dated: March 9, 2009                By_____
                                      James M. Jorissen, #262833
                                   100 South Fifth Street, Suite 2500
                                   Minneapolis, Minnesota 55402-1234
                                   (612) 332-1030

Bryan Krakauer
Thomas K. Cauley, Jr.
Brian A. McAleenan
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

COUNSEL FOR RITCHIE CAPITAL MANAGEMENT, L.L.C.., RITCHIE SPECIAL CREDIT INVESTMENTS, LTD., RHONE HOLDINGS II, LTD., YORKVILLE INVESTMENT I, LLC, AND RITCHIE CAPITAL STRUCTURE ARBITRAGE TRADING, LTD.

397290

4